IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: STAGE DOOR DEVELOPMENT, INC., | ) ) ) | |
| Debtor, | ) ) | |
| WILLIAM C. CARN, III, Trustee in Bankruptcy for Stage Door Development, Inc., | ) ) ) ) ) | |
| Plaintiff, | ) ) | CIVIL ACTION NO. |
| v. | ) ) | 1:08cv786-MHT (WO) |
| H. JACK MIZELL, | ) ) | |
| Defendant and Third-Party Plaintiff, | ) ) ) | |
| JAMES TIMOTHY TURNER, | ) ) | |
| Third-Party Plaintiff, | ) ) | |
| v. | ) ) | |
| HON. DWIGHT H. WILLIAMS, et al., | ) ) ) | |
| Third-Party Defendants. | ) ) | |

SUPPLEMENTAL OPINION AND ORDER

Counsel for defendant Dwight H. Williams having orally informed the court that he no longer wishes to pursue injunctive relief, it is ORDERED that the motion to enjoin further fraudulent demands (doc. no. 1) is denied without prejudice.

Nonetheless, the court offers these additional comments. The complaint brought by third-party plaintiffs H. Jack Mizell and James Timothy Turner was, without question, frivolous. Mizell and Turner are therefore on notice that, if they harass federal judges by bringing any future such frivolous law suits based on the rulings of those judges, the court will consider entering an injunction against them and imposing other appropriate sanctions. If Mizell and Turner should disagree with a judge's ruling, the appropriate avenue of relief is to pursue a timely appeal, not to sue the judge.

DONE, this the 10th day of October, 2008.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE